DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KENNETH WOLINER, M.D.,**
Appellant,

v.

**MARTHA SOFRONSKY,**
Appellee.

No. 4D22-1691

[August 24, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 50-2018-CA-001288-XXXX-MB.

Kenneth N. Woliner, Boca Raton, pro se.

Broderick L. Taylor, Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***